**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 04-2250</u>

USA

vs.

Walker

Ahmed Walker, Appellant

(Middle District of Pennsylvania Civil No. 00-cr-00300)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*
Clerk

Date: December 1, 2004
cc:
    Christy H. Fawcett, Esq.
    Mr. Ahmed Walker