OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

_Harrisburg_          Clerk of District Court               Date _12/01/04_
(District)

_USA v. Walker_                                     C. of A. Nos. _04-2250_
(Caption)

_Ahmed Walker_
(Appellants)

_00-cr-00300_
  (D.C. No.)

Enclosures:

_12/01/04_____Certified Copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
            is recalled.

                                    _Carmella L. Wells_    (267)-299-_4928_
                                       Deputy Clerk         Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)
                                                        Rev. 3/13/00
                              Appeals (Certified List in Lieu of Record)

N:\record release.wpd