Mr. Ahmed Walker
Reg. No. 10837-067
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

ORIGINAL

FILED
HARRISBURG, PA

FEB 2 2 2005

MARY E. D'ANDHEA, CLERK
Per _____ Deputy Clerk

February 15, 2005

Office of the Clerk
United States District Court
Middle Distric  of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania  17108

Re: United States v. Ahmed Walker, 1:00-Cr-0300-03   (SR)

Dear Sir/Madam:

As a matter of great importance, I respectfully request a copy of any and all "receipts" in reference to any payments made by: Any person, agency or institution on behalf of myself, Ahmed Walker, in regards to the assessment fee, fine and/or restitution order in the above named case.

As expressed, this matter is of a great importance, and your office's assistance in this matter would be greatly appreciated.

Thank you for your time and assistance in this matter, and I look forward to hearing from your office soon.

Very truly yours,

Mr. Ahmed Walker



MAILED FROM
U.S. PENITENTIARY

MR AHMED WALKER
REG NO 10837 067
U S P ALLENWOOD
POST OFFICE BOX 3000
WHITE DEER  PENNSYLVANIA
17887 3000

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG  PENNSYLVANIA
17108

17108-9901    LEGAL MAIL

LEGAL MAIL