Mr. Ahmed Walker
Reg. No. 10837-067
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

Clerk Office
Middle District of Pennsylvania
Post Office Box 1148
Scranton, PA 18501

FILED
SCRANTON

MAY 2 2005

PER _____ DEPUTY CLERK

Re: <u>United States v. Ahmed Walker</u>, 1:00-Cr-0300-03  (SR)

Dear Sir/Madam:

As a matter of great importance, I respectfully request a copy of any and all "receipts" in reference to any payments made by: Any person, agency or institution on behalf of myself, Ahmed Walker, in regards to the assessment fee, fine and/or restitution order in the above named case.

As expressed, this matter is of a great importance, and your office's assistance in this matter would be greatly appreciated.

Thank you for your time and assistance in this matter, and I look forward to hearing from your office soon.

Very truly yours,

Mr. Ahmed Walker



AHMED WALKER #10837-067
USP Allen Wood
P.O. Box 3000
White deer, P.A. 17887

United States District Court
Middle district of Pennsylvania
235 North Washington Avenue
Post office Box 1148
Scranton, P.A. 18501

MAILED FROM
U.S PENITENTIARY

HARRISBURG PA
PM
17107

RECEIVED
MAY 02 2005