## UNITED STATES DISTRICT COURT

Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea                                                                                                                                              717-221-3920
    Clerk

Ahmed Walker, #10837-067                                                                                                                            May 4, 2005
USP Terre Haute
Unil L
P.O. Box 33
Terra Haute, In. 47808

Mr. Walker,

In response to your request, filed May 2, 2005, for copies of receipts regarding payments of fines, special assessments and restitution of all defendants in case number 1:00-CR-0300-01, 02, 03, 04; Enclosed find a listing of all payments through May 4, 2005. Copies of receipts are not available for distribution.

Clerk's Office