(Restitution amount to be paid Jointly and severally)

Rec 91731 4/14/03 $25.00
Rec 92599 7/07/03 $25.00
Rec 93807 10/21/03 $25.00
Rec 95032 01/12/04 $25.00
Rec 96309 04/12/04 $25.00
Rec 99889 01/12/05 $25.00

CR 00-300-02 Eric Sanchez ordered to pay Fine and Assessment $1100.00 paid $100.00
Rec 91731 4/14/03 $25.00
Rec 92599 7/7/03 $25.00
Rec 93807 10/14/03 $25.00
Rec 142928 3/15/05 $25.00

CR 00-300-03 Ahmed Walker ordered to pay Fine and Assessment $5500.00 paid $311.87. Ordered Restitution $4221.25 (Restitution amount to be paid Jointly and severally)
Rec 95032 1/12/04 $25.00
Rec 96309 4/14/04 $30.00
Rec 96696 5/10/04 $26.42
Rec 97409 6/7/04 $30.00
Rec 97499 7/13/04 $30.00
Rec 97866 8/9/04 $30.00
Rec 98294 9/13/04 $30.00
Rec 98715 10/12/04 30.45
Rec 99889 1/12/05 $40.00
Rec 101156 4/11/05 $40.00

CR 00-300-04 Angel Sanchez ordered to pay Assessment $100.00 pd. Ordered restitution $4221.25 pd $843.61 (Restitution amount to be paid Jointly and severally)
Rec 91731 4/14/03 $25.00
Rec 92599 7/7/03 $25.00
Rec 93060 8/12/03 $25.00
Rec 93387 9/11/03 $38.24
Rec 93807 10/14/03 $35.99
Rec 94307 11/18/03 $35.71
Rec 94686 12/12/03 $55.55
Rec 95032 1/12/04 $43.22
Rec 95403 2/9/04 $58.14
Rec 95844 3/9/04 $48.39
Rec 96309 4/12/04 $35.97
Rec 96696 5/10/04 $38.72
Rec 97049 6/9/04 $40.71
Rec 97499 7/16/04 $34.16
Rec 97866 8/9/04 $45.72
Rec 98294 9/10/04 $42.18
Rec 98715 10/12/04 $51.40

Rec 99102 11/8/04 $49.86
Rec 99506 12/10/04 $42.87
Rec 99889 1/11/05 $59.25
Rec 100348 2/11/05 $38.32
Rec 100713 3/9/05 $36.85
Rec 101156 4/14/05 $37.36

Also the victims were owed

Iris Perez $620.00 - to date paid 118.10
Lebanon Village Apt Complex $3601.25 - to date paid $725.51.