**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

June 6, 2005

Mr. Ahmed Walker
Reg. No. 10837-067
U.S.P. Allenwood
PO Box 3000
White Deer, PA 17887-3000

**FILED**
**HARRISBURG**

JUN 0 6 2005

MARY E. D'ANDREA, CLERK
Per_____
                DEPUTY CLERK

Re:   United States v. Walker
      Case No. 1:CR-00-300-03

Dear Mr. Walker:

You wrote to me seeking help in getting your payments through the Inmate Financial Responsibility Program reduced. Your complaint alleged other improper activities by the prison officials concerning your prison account.

An inquiry with your case manager through the district court's probation officer indicates that the amount of money you are required to pay is commensurate with your financial resources. It has been brought to my attention that you signed a new contract requiring payment of $25 per month. In the last six months the sum of $1,347.67 has been deposited into your account. Money from outside sources is factored into the payment equation.

Your letter to me was very misleading and factually untrue. In the future, any communications with the court must be made through a properly filed motion and not by letter.

Sincerely,

*[signature]*

Sylvia H. Rambo
United States District Judge

cc:   File