Mr. Ahmed Walker
Reg. NO. 10837-067
U.S.P. AllenWood
Post Office Box 3000
White Deer , P.A. 17887-3000

**ORIGINAL**



May 23rd, 2005

Clerk of Courts Office
228 Walnut Street
Harrisburg , P.A. 17108

Re; <u>UNITED STATES v. AHMED WALKER , 1: 00-Cr-300-03 ( SHR )</u>

Dear Clerk:
   I am writing your offices inregaurds to some entries greatly needed off of the docket in this matter. I need these requested entries to pursue avenues on appeal and can only gain these requested documents through your offices.
   Thus , I pray that your offices can assist me in this matter.
   In such wise , the requested documents is as follows, by number and entry.

1) Dated 08-01-01 , entry no. 115 " Bill of Particulars filed by USA , as to Eric Sanchez.
2) Dated 10-11-01 , entry no. 172 " Letter from A.Walker , addressed to Attorney McGowan noting dissatisfaction with representation.
3) Dated 11-01-01 , entry no. 180 " Copy of letter from Ahmed Walker Attorney McGowan .
4) Dated 12-05--01 , entry no. 181 " Letter from A. Walker dtd. 12-2-01 to ct regarding indictment requesting to file mtn for supression.
5) Dated 01-30-02 , entry no. 230 " Letter from A. Walker to his Attorney McGowan dtd. 1-25-02 in reference to the filing of pre-trial mtns to surpress evidence prior to the start of trial. 2-19-02.
6) Dated 02-01-02 , entry no. 232 " AFFIDAVITS of Special Agent Culp , Bureau of Alcohol , tobacco and firearms regarding witnesses Yesenia Guillen , Dennis Rittle , etal re mtn in limine to strike from the indictment and exclude from trial all referrences to his alleged alias of " ammo" []214-1]
7) Dated 02-20-02 , entry no. 263 " Letter from A. Walker to court re: violation of speedy trial and detn issues.
8) Dated 02-27-02 , entry no. 286 " JURY QUESTION# 1 signed and dated by foreman.
9) Dated 03-07-02 , entry no. 304 " ORDER by judge Sylvia H. rambo , IT IS HEREBY ORDERED THAT 1.mtn to w/DRAW AS COUNSEL IS DENIED.
10) Dated 10-24-02 , entry no. 341 " Letter from BOP re. the court's rqst for placement.

   As Always , your offices assistance is greatly appreciated and I look froward to hearing from your offices in this matter. Thanks!

                                                            A.WALKER  /s/ A. Walker



Ahmed Walker
Reg. no. 10837-067
USP ALLENWOOD
Post Office Box 3000
White Deer, P.A. 17887

Clerk of Courts Office
228 Walnut street
HARRISBURG, P.A. 17108

LEGAL MAIL