NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 02-2168/03-1528

UNITED STATES OF AMERICA,

v.

AHMED WALKER,
a/k/a Amelios,
a/k/a Ammo

Ahmed Walker,
Appellant

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 00-cr-00300)
District Judge: Sylvia H. Rambo

Submitted Under Third Circuit LAR 34.1(a)
on September 28, 2004

Before: ROTH, BARRY and GARTH, Circuit Judges

**JUDGMENT**

This case came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on September 28, 2003;

On consideration whereof,

IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated February 13, 2003, be and the same is hereby affirm Walker's conviction on all counts, vacate his sentence with regard to counts 1, 5, and 6, and remand for a resentencing consistent with <u>United States v. Booker</u>, 543 U.S. __, 125 S. Ct. 738 (2005).

All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
_____
Clerk

Dated: June 27, 2005