

Case No: 1:00-cr-00300-SHR   Document No: 383, User: ma, 1 Copy Printed: Aug, 22, 2005 04:11 PM

Ahmed Walker
10837-067
Unit L
P.O. Box 33
Terra Haute, IN 47808

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CRIMINAL NO. 1:00-300-03

v.

**AHMED WALKER**
**a/k/a Amelios, ak/a Ammo**

### ORDER APPOINTING COUNSEL

This matter is before the court upon remand from the Third Circuit Court of Appeals for resentencing on Counts 1, 5 and 6 of the superseding indictment pursuant to *United States v. Booker*, 543 U.S. __, 125 S. Ct. 738 (2005). Attorney R. Damien Schorr was appointed to represent Defendant on appeal. Attorney Schorr is on the CJA panel for the Third Circuit Court of Appeals, but not on the CJA panel Middle District of Pennsylvania. This court, however, finds that it will result in a savings to the court to reappoint Attorney Schorr for purposes of the resentencing proceeding.

**IT IS THEREFORE ORDERED THAT:**

1) Attorney R. Damien Schorr, 1015 Irwin Drive, Pittsburgh, PA 15236, telephone number (412) 884-1597, is appointed to represent Defendant for the purpose of the resentencing proceeding.

2) The resentencing proceeding is scheduled for 9:30 a.m. on Friday, October 28, 2005, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3) The Clerk of Court shall prepare the appropriate paperwork and forward it to Attorney Schorr as soon as possible.

                                                       s/Sylvia H. Rambo
                                                       Sylvia H. Rambo
                                                       United States District Judge

Dated: August 22, 2005.