UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA (HARRISBURG)
FILE NO. 1:CR-00-300-03

FILED
HARRISBURG, PA

NOV 0 3 2005

MARY E. D'ANDREA CLERK
Per _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEAL |
| | ) | |
| AHMED WALKER | ) | |

J. Rambo

Notice is hereby given that Ahmed Walker, the defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of sentence entered in this action on the 28th day of October, 2005.

R. Damien Schorr
Pa. Id. No. 62928
Attorney for Ahmed Walker

1015 Irwin Drive
Pittsburgh, PA 15236

Dated: November 1, 2005