Dear, Clerk,

Respectfully, enclosed is a copy of a notice of appeal in regaurds to the judgement entered on the 28th of October, 2005.

This notice is only intended to ensure that notice is is served and not to pro se litigate. Wherefore, in the event notice has been filed in this matter by Counsel, Darrin R. Schorr, please disregaurd this notice.

I respectfully, ask this Court to inform myself, of the present state of this captioned matter, 1:CR-00-300-03 as a aside, prosecution in matter has been served.

Ahmed Walker
Ahmed Walker
Reg# 10837-067
USP Allenwood
PO Box 3000
White deer, PA.

Date: 11-2-05

United States District Court for
the Middle District of
Pennsylvania
(Harrisburg)

File Number 1:CR-00-300-03

United States of America )
)
)
)
vs. )
)
)
Ahmad Walker )

FILED
HARRISBURG, PA
NOV 07 2005
MARY E. D'ANDREA, CLERK
per _____

Notice is hereby given that Ahmad Walker, the defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence entered in this action on the 28th day of October, 2005.

Ahmad Walker
REG # 10837-067
PO BOX 3000
WHITE DEER, PA 17887

c.c.
prosecution copies

Date: 11-2-05

Ahmed Walker #10839-067
PO Box 3000
White deer, P.A. 17887
USP Allenwood

HARRISBURG PA 171
03 NOV 2005 PM 5 L

**MAILED FROM U.S PENITENTIARY**

Clerk of Court
228 Walnut st
Harrisburg, Pa. 17108

17101+17714

Legal Mail