# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

December 12, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Ahmed Walker, aka Amelios, aka Ammo
v. United States
Application No. 05A539
(Your No. 02-2168, 03-1528)

00-CR-00300 MH

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on December 12, 2005 extended the time to and including January 9, 2006.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by Ann McCamey
Case Analyst