Mr. Ahmed Walker
Reg. No. 10837-067
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

May 5, 2006

Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Post Office Box 983
Harrisburg, Pennsylvania  17108

FILED
HARRISBURG, PA

MAY 0 9 2006

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

Re: United States v. (Ames) Ahmed Walker, 1:00-Cr-300-SHR-3

Dear Sir/Madam:

   I am writing your office respectfully requesting that I be provided with the specific documents reflected in the docket sheet as follows: Docket entry numbers 35; 83; 99; 111; 112; 115; 139; 141; 172; 180; 181; 218; 226; 230; 234; 262; 263; 265; 269; 279; 281; 282; 286; 303; 304; and 320.

   Importantly, the above request was made earlier, and is clearly reflected in a letter I forwarded to your office in docket entry number 380. Thus, this is not my initial request; however, the prior one has not been responded to by your office.

   Therefore, I am looking forward to your expedient response and attention to this matter, and thank you in advance for your assistance.

                                         Sincerely yours,

                                         Mr. Ahmed Walker

AH/gam



MR AHMED WALKER
REG NO 10837 067
U S P ALLENWOOD
POST OFFICE BOX 3000
WHITE DEER  PENNSYLVANIA
17887 3000

MAILED FROM
U.S. PENITENTIARY

HARRISBURG PA 171
08 MAY 2006 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA
228 WALNUT STREET
POST OFFICE BOX 983
HARRISBURG  PENNSYLVANIA
17108

LEGAL MAIL

LEGAL MAIL