UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4909

UNITED STATES OF AMERICA

v.

AHMED WALKER
a/k/a Amelios
a/k/a Ammo

Ahmed Walker,

Appellant

On appeal for the United States District Court
for the Middle District of Pennsylvania
(District Court No. 00-cr-00300-3)
District Judge: The Honorable Sylvia H. Rambo

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 13, 2006

Before: SMITH, and ROTH, *Circuit Judges*,
and YOHN, *District Judge*[1]

JUDGMENT

---

[1] The Honorable William H. Yohn, Jr., Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

    This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on December 13, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on October 31, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

                                              ATTEST:

                                    /s/ Marcia M. Waldron
                                           Clerk

Dated: 15 December 2006



**Certified as a true copy and issued in lieu of a formal mandate on** February 9, 2007

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**