# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No.:_____ |
| | : | |
| Respondent, | : | |
| v. | : | Underlying Case No.: **FILED** |
| | : | HARRISBURG, PA |
| AHMED WALKER, | : | 1:CR-00-300   JUN 1 7 2008 |
| | : | |
| Movant. | : | (Rambo, J.) MARY E. D'ANDREA, CLERK |
| | : | Per _____ |
| | | Deputy Clerk |

---

## MOVANT AHMED WALKER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

---

Ahmed Walker
Reg. No. 10837-067
United States Penitentiary
Allenwood
P.O. Box 3000
White Deer, PA  17887

Movant, *pro se*

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District  M.D. Pa. | |
|---|---|---|
| Name (under which you were convicted):  Ahmed Walker | | Docket or Case No.:  1:CR-00-300 |
| Place of Confinement:  USP Allenwood | | Prisoner No.: 10837-067 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. | Ahmed Walker | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   USDC, M.D. Pa., Harrisburg, Pa.
   _____

   (b) Criminal docket or case number (if you know): 1:CR-00-300

2. (a) Date of the judgment of conviction (if you know): February 26, 2002
   \*\*\* (b) Date of sentencing: February 13, 2003

3. Length of sentence: 681 months

4. Nature of crime (all counts): Count 1 - 18 USC §§ 924(c)(1)(A) and 924 (o);
   Count 3 - 18 USC §§ 924(c)(1)(A)and 924 (c)(1)(C)(I); Count
   4 - 18 USC §§ 924(c)(1)(A)(I), (II), (III) and 924(c)(1)(C)
   (I); Count 5 - 21 USC § 846; and Count 6 - 21 USC § 841(a)(1).
   _____
   _____

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒         (2) Guilty ☐         (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment,
   what did you plead guilty to and what did you plead not guilty to? _____
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

\*\*\*  Movant was re-sentenced on October 28, 2005 to 622 months.

8. Did you appeal from the judgment of conviction?                    Yes ☒      No ☐

9. If you did appeal, answer the following:

    (a) Name of court: USCA, Third Circuit

    (b) Docket or case number (if you know): 136 Fed. Appx. 524 (3rd Cir. 2005)

    (c) Result: Affirmed in part, vacated in part, and remanded.

    (d) Date of result (if you know): June 27, 2005

    (e) Citation to the case (if you know): See (b) supra and (f) infra

    (f) Grounds raised:

          See United States v. Walker, 136 Fed. Appx.

          524, 526 (3rd Cir. 2005)

\*\*\*

    (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes ☒  No ☐

    If "Yes," answer the following:

        (1) Docket or case number (if you know): No. 05-8624

        (2) Result: denied

        (3) Date of result (if you know): February 21, 2006

        (4) Citation to the case (if you know): _____

        (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:      N/A

    (a)  (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

\*\*\*
Following re-sentencing and direct appeal, Movant filed a petition for certiorari, No. 06-11022. The petition was denied on June 18, 2007.

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐  No ☐

    (2) Second petition:    Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _____ See attached pages _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____ See accompanying Memorandum of Law _____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel._____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:    N/A

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?    N/A

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?    N/A

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    N/A

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:    N/A

_____

_____

_____

_____

_____

GROUND TWO: ___See attached pages._____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):_____

_____

_____See accompanying Memorandum of Law_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:   Ineffective Assistance
of Counsel.

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:     N/A

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?    N/A

       Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?    N/A

       Yes ☐ No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    N/A

       Yes ☐ No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:    N/A

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue:   N/A _____

    _____

    _____

    _____

    _____

    _____

GROUND THREE:    See attached pages. _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):_____

    See accompanying Memorandum of Law _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b)  Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel and/or novel claim not available to Counsel.

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:     N/A

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(3) Did you receive a hearing on your motion, petition, or application?     N/A

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?   N/A

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?   N/A

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:  N/A

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A _____

_____

_____

_____

_____

GROUND FOUR: __See attached pages._____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____See accompanying Memorandum of Law_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:  Ineffective Assistance of Counsel _____

_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:  N/A

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ _____

_____ _____ _____

_____ _____ _____

(3) Did you receive a hearing on your motion, petition, or application?    N/A

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?    N/A

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    N/A

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed: _____

_____ _____ _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ _____ _____

_____ _____ _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____ _____

<u>No grounds, attached herewith, were ever previously</u>

<u>presented in some federal court.</u>

_____ _____ _____

_____ _____ _____

_____ _____ _____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____ _____ _____

_____ _____ _____

_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Terrence J. McGowan, 218 Pine Street, Harrisburg, PA 17101

(b) At arraignment and plea: "

(c) At trial: "

(d) At sentencing: "

(e) On appeal: R. Damien Schorr, 1015 Irwin Drive, Pittsburg, PA 15236

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: vacate the convictions and sentences and allow the government 70 days to retry.

or any other relief to which movant may be entitled.

*Signature of Attorney (if any)*
Ahmed Walker
Movant, pro se

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _June 18th, 2008_ _____ (month, date, year).

Executed (signed) on _6·12·08_ (date).

*Signature of Movant*

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _N/A_ _____

* * * * *

*** Given to prison officials on _06/12/2008_ .

Witnessed By:

USP Allenwood Case Manager
Authorized to Administer Oaths

J. Kaminski, Case Manager, Authorized by the Act of July 7, 1955, as amended to administer oaths (18 USC 4004)

## 12.  GROUNDS ON WHICH MOVANT CLAIMS HE IS BEING HELD UNLAWFULLY

I.    THE COURT COMMITTED LEGAL ERROR IN GIVING ITS JURY INSTRUCTIONS AND IN DOING SO, CONSTRUCTIVELY AMENDED COUNT 3 OF THE INDICTMENT

II.    TRIAL COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE FOR FAILING TO MOVE TO SUPPRESS ANY EVIDENCE RELATING TO THE SEARCH AND SEIZURE OF THE PREMISES KNOWN AS 315 NORTH 9TH ST., APT. 3 IN LEBANON, PENNSYLVANIA.

III.    ONE OF THE ALTERNATIVE THEORIES SUPPORTING MOVANT'S CONVICTION ON COUNT 4 IS EITHER UNCONSTITUTIONAL, OR LEGALLY INVALID

IV.    COUNT 4 FAILED TO CHARGE MOVANT WITH ANY CODIFIED FEDERAL CRIME

V.    COUNT 4 IS DUPLICITOUS.  THIS VIOLATED MOVANT'S SIXTH AMENDMENT RIGHT TO A UNANIMOUS JURY VERDICT.

VI.    THE TWO § 924(c)(1) COUNTS, COUNTS 3 & 4 ARE BASED ON A SINGLE "UNIT OF PROSECUTION" THEREFORE THE MULTIPLE § 924(c)(1) CONVICTIONS ARE IMPROPER.

VII.    TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO REQUEST A CURATIVE INSTRUCTION AT THE TIME HIS SECOND MOTION FOR MISTRIAL WAS MADE AND DURING THE COURT'S CHARGE TO THE JURY.  APPELLATE COUNSEL WAS INEFFECTIVE FOR NOT CLAIMING THAT THE TRIAL COURT ABUSED HER DISCRETION IN NEITHER GRANTING THE MOTIONS FOR MISTRIAL NOR GRANTING MOVANT'S MOTION FOR A NEW TRIAL

VIII.  TRIAL COUNSEL WAS INEFFECTIVE FOR REQUESTING
TO STIPULATE TO THE ADMISSION OF TESTIMONY ABOUT TWO
YEAR OLD JUSTINA PEREZ WHO WAS SHOT ON JULY 18, 2000,
AND FOR FAILING TO REQUEST A LIMITING INSTRUCTION.
APPELLATE COUNSEL WAS INEFFECTIVE FOR NOT APPEALING
THAT THE COURT ABUSED HER DISCRETION IN ALLOWING SAID
TESTIMONY AND IN NOT ADMINISTERING AN APPROPRIATE
LIMITING INSTRUCTION

IX.   TRIAL COUNSEL WAS INEFFECTIVE BY FAILING TO
INVESTIGATE AND PRESENT WITNESSES FAVORABLE TO
MOVANT'S DEFENSE.

X.   APPEALLATE COUNSEL WAS INEFFECTIVE FOR NOT
CONTENDING ON APPEAL THAT THE DISTRICT COURT ABUSED
HER DISCRETION IN COUNTING MOVANT'S DELINQUENCY
ADJUDICATION IN HIS CRIMINAL HISTORY CALCULATION.

XI.   TRIAL COUNSEL WAS INEFFECTIVE AT SENTENCING
BECAUSE THE COURT WAS NOT MADE AWARE OF MOVANT'S
MENTAL HEALTH PROBLEMS.

XII.   TRIAL COUNSEL WAS INEFFECTIVE FOR SUGGESTING
A DEFENSE THAT WAS NOT LEGALLY VIABLE.

XIII.   TRIAL COUNSEL WAS INEFFECTIVE FOR NOT
SUBMITTING, UNDER Fed.R.Crim.P. 29, *and 33* THAT THE EVIDENCE WAS
INSUFFICIENT TO SUPPORT A FINDING OF GUILT ON COUNTS 3,
4, AND 6 ON THE GOVERNEMENT'S THEORY OF AIDING AND
ABETTING.  APPELLATE COUNSEL WAS INEFFECTIVE FOR NOT
CHALLENGING THE DISTRICT COURT'S DISCRETION ON GIVING
AN AIDING AND ABETTING INSTRUCTION.

XIV.  COUNSEL'S CUMULATIVE ERRORS VIOLATED
MOVANT'S FIFTH AMENDMENT DUE PROCESS RIGHT AND
SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF
COUNSEL.

**Ahmed Walker**
Reg. No. 10837-067
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

June 12 , 2008

Clerk of Court
United States District Court
Middle District of Pennsylvania
P.O. Box 983
Harrisburg, PA 17108

             Re: Post conviction motion submitted under
                 28 U.S.C. § 2255; United States v.
                 Walker, Civil No. _____
                 (Rambo, J.)

Dear Clerk:

     Pursuant to LR 5.2, please find "original" motion to vacate
set aside or correct sentence under 28 U.S.C. § 2255 submitted to
you for electronic filing.

     Additionally, in accordance with LR 7.30 and LR 83.32.1,
Movant will submit his memorandum of law (brief) in support of his
§ 2255 motion no later than thirty (30) days after the electronic
filing of his § 2255 motion.

     Because of the complexity of the case and the number of
grounds addressed, Movant's brief, although brief, is lengthy.
Out of an abundance of caution and with respect, Movant moves the
court for leave to file his pro se memorandum of law with excess
pagination not to exceed one hundred (100) pages.

     Lastly, as the Clerk is aware, the Court must give Movant's
motion with brief and supporting documents preliminary consideration
under Rule 4, Rules Governing § 2255 proceedings.  In the interim,

under Rule 3, Rules Governing § 2255 Proceedings, the Clerk shall electronically serve a copy of the motion on the U.S. Attorney of the district in which the judgment under attack was entered.

If you have any questions/concerns, please do not hesitate to contact me.

Very truly yours,

Ahmed Walker
Movant, <u>pro se</u>

Enclosure

Ahmed Walker
10872-067
US Penitentiary
PO Box 3000
White Deer PA
17887

JUN 18 2008

MAILED FROM
PENITENTIARY

Office of the Clerk
US District Court
Middle District of Pennsylvania
US Courthouse
228 Walnut Street
PO Box 983
Harrisburg, PA 17108

LEGAL
MAIL