IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :  **CRIMINAL NO. 1:CR-00-300-03**
                                 :
          **v.**                 :
                                 :
**AHMED WALKER**                 :

## O R D E R

On June 17, 2008, Defendant Ahmed Walker filed a motion
pursuant to 28 U.S.C. § 2255.  In the cover letter included with the motion,
Defendant requests permission to file a brief in support of his motion not to
exceed 100 pages.

Concurrent with this order, this court is issuing to Defendant an
administrative order with notice of limitations on the filing of motions under
amend his petition or withdraw the petition.  That notice gives Defendant thirty
days notify the court of his election either to proceed on the petition as
submitted or to withdraw the filing without prejudice and file, within the
statutory time limitations, one all-inclusive section 2255 motion raising all
grounds for relief.  Defendant shall not file his brief until his notice of election
has been filed.

**IT IS THEREFORE ORDERED THAT** Defendant's request to file a
brief not to exceed 100 pages in granted **in part** only.  Defendant may file a
brief in support of his motion pursuant to 28 U.S.C. § 2255 **not to exceed 50
pages**.  Said brief shall not be filed until after Defendant has filed the notice of
election.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated:  June 19, 2008.