IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1: CR-00-300-03**

v. :

**AHMED WALKER** :

### NOTICE OF ELECTION

FILED
HARRISBURG, PA
JUL 10 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

I, Ahmed Walker, movant in the captioned action, have read the order of court which accompanied this form entitled "Notice of Election." Pursuant to that order, I elect to proceed in this action as follows:

**X**   I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. I choose to have the court rule on my motion as filed. I understand that I may be forever barred from presenting in federal court any claim not presented in this motion. I further understand that by doing so I lose my ability to file a second or successive motion absent certification by the court of appeals, and that the potential for relief is further limited in a second or successive motion.

_____   I have labeled my motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. 2255. I choose to withdraw my motion so that I may file one, all-inclusive motion under 28 U.S.C. § 2255 within the one-year limit for filing such a motion.

YOUR ELECTION ON THIS FORM, AS WELL AS THE FAILURE TO MAKE AN ELECTION, WILL BE BINDING ON YOU AS RELATES TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS FORM NOTICE OF ELECTION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 9, 2008_
            (Date)

_____
(Signature of Petitioner)

Ahmed Walker
Movant, pro se

1



**Ahmed Walker**
Reg. No. 10837-067
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

July 7, 2008          Certified Mail   7006 2150 0004 7644 5443

Clerk of Court
United States District Court
Middle District of Pennsylvania
P.O. Box 983
Harrisburg, PA 17108

        Re: Post conviction motion submitted under
           28 U.S.C. § 2255; United States v.
           Walker, Civil No. _____
           (Rambo, J.)

Dear Judge Rambo:

    I received both of your June 19, 2008 Orders. In response to one order, I do elect to have the Court rule on my § 2255 motion as timely filed. See enclosed Notice of Election form signatured by Ahmed Walker. I want you to know that I did my very best as a pro se litigant not to exceed 50 pages, however, I was only able to reduce my complex brief from 100 pages to 69 pages. Judge Rambo, I respectfully ask you to reconsider your order and allow my brief, enclosed herewith, to be filed as is. As a pro se litigant, I just can't figure out how to reduce my brief any further without weakening the merits of my claims. Perhaps through appointment of skilled counsel, specialized in federal post conviction law, I can meet the 50 page limitation.

    Please construe this letter as a pro se motion for (1) reconsideration of your June 19, 2008 Order which limited my § 2255 brief to 50 pages, and (2) request for appointment of counsel.

                            Respectfully submitted,

Enclosures

                            Ahmed Walker
                            Movant, Pro se