IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. 1:CR-00-300-03** |
| : | |
| : | **JUDGE SYLVIA H. RAMBO** |
| **v.** : | |
| : | |
| : | |
| **AHMED WALKER** : | |

**M E M O R A N D U M and O R D E R**

The background of this order is as follows. In an order dated June 19, 2008, this court granted Petitioner Ahmed Walker permission to file a brief not to exceed fifty pages[1] in support of his motion for relief pursuant to 28 U.S.C. § 2255. (Doc. 435.) Before the court is a motion for reconsideration of that order. Petitioner claims that despite his best efforts, he cannot reduce his legal arguments to less than fifty pages without weakening the merits of his claims. In support of his argument, he attaches a copy of his brief, which is now sixty-nine pages long. In the alternative, Petitioner requests that this court appoint counsel to assist him in meeting the page limitation requirement.

After careful consideration, both requests will be denied. Petitioner has already demonstrated his ability to focus his legal arguments by trimming his brief from one hundred to sixty-nine pages. The court is confident that Petitioner can further reduce the arguments in his brief to fifty pages, without weakening his claims, and without the assistance of counsel. Petitioner will be granted until August 15, 2008 to do so.

---

[1] Petitioner had requested permission to file a supporting brief not exceeding 100 pages.

Accordingly, **IT IS HEREBY ORDERED THAT**:

(1)  Petitioner's motion for reconsideration (Doc. 436) is **DENIED**;

(2)  Petitioner's request for appointment of counsel is **DENIED**;

(3)  Petitioner's memorandum of law in support of his petition for habeas corpus pursuant to 28 U.S.C. § 2255 (Doc. 437) is **STRICKEN**.

(4)  No later than August 15, 2008, Petitioner shall file a new memorandum of law, not to exceed fifty pages, in support of his petition.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge

Dated: July 14, 2008.